IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Respondent/Plaintiff, | ) | |
| vs. | ) | No. 3:02-CR-0108-H (08) |
| | ) | No. 3:04-CV-1559-H |
| JOHN ALAN LOYD, ID # 19657-198, | ) | ECF |
|     Movant/Defendant. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, as well as Defendant's Objections to the Findings, Conclusions, and Recommendations of the United States Magistrate Judge, filed on March 30, 2007, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Therefore, Defendant's Objections to the Findings, Conclusions, and Recommendations of the United States Magistrate Judge, filed on March 30, 2007, are **OVERRULED**.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **GRANTS** respondent's motion to dismiss the instant action. By separate judgment, the Court will formally dismiss movant's motion to vacate filed pursuant to 28 U.S.C. § 2255 consistent with the Findings, Conclusions, and Recommendation entered in this case.

**SO ORDERED.**

**SIGNED** this 2nd day of April, 2007.

*[signature: Barefoot Sanders]*

**BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**